UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 19-10375-AB (FFMx) | Date: | March 3, 2020 |
|---|---|---|---|

| Title: | *Stefani Guzman Aguado v. Ford Motor Company et al* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] ORDER **GRANTING** UNOPPOSED MOTION FOR REMAND

Before the Court is Plaintiff's Motion for Remand. ("Motion," Dkt. No. 6.) Defendant has not filed an opposition. "The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." Local Rule 7-12. The Court deems Defendant's failure to file an opposition as consent to the granting of the Motion, and **GRANTS** the Motion on that basis. The hearing set for March 6, 2020 is **VACATED**.

This action is hereby **REMANDED** to the state Court from which it was removed.

**IT IS SO ORDERED**.